FILED

04/27/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0671

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0671

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

GENE DEVERAUX,

     Defendant and Appellant.

O R D E R

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Matthew J. Wald, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 27 2022